### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Democratic National Committee, et al.*
            *Plaintiff(s)*

*vs.*                                        Case No: 1:25-cv-00587-AHA

*Donald J. Trump, in his official capacity as President of the*
*United States, et al.*
            *Defendant(s)*

### *AFFIDAVIT OF SERVICE*

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Declaratory and Injunctive Relief (Rule 57 Speedy Hearing Request) in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 3/03/2025 at 2:40 PM, I served United States Attorney's Office for the District of Columbia at 601 D Street, NW, Washington, DC 20530 with the Summons and Complaint for Declaratory and Injunctive Relief (Rule 57 Speedy Hearing Request) by serving Shade Beaver, Paralegal Specialist, authorized to accept service.

Shade Beaver is described herein as:

Gender:   Female        Ethnicity:   Black        Age:   30        Weight:   135        Height:   5'5"        Hair:   Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>03/04/2025</u>

_____
                                                                *Ambiko Wallace*

                                                                *Client Ref Number: 1005.2501*
                                                                *Job #:12811532*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | |
|---|---|
| Democratic National Committee, DSCC, and DCCC | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | ) <br> ) Civil Action No.  25-cv-00587-AHA |
| Donald J. Trump, et al. | ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marc E. Elias
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: ___2/28/2025___

/s/ Jean-Claude Douyon

*Signature of Clerk or Deputy Clerk*