IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-587-AHA <br><br> (EXPEDITED HEARING REQUESTED) |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Democratic National Committee ("DNC"), DSCC, and DCCC respectfully move for a preliminary injunction, pursuant to Fed. R. Civ. P. 65 and LCvR 65.1, and state as follows:

1. Plaintiffs seek to preliminarily enjoin Defendants, their officers, agents, servants, and employees from applying Section 7 of Executive Order 14215 to the Federal Election Commission and its Commissioners.

2. The Federal Election Campaign Act ("FECA") vests Commissioners with the authority to exercise their independent legal judgment when interpreting the Act. *See, e.g.*, 52 U.S.C. §§ 30106(b), (c), (f)(4), 30107(a)(6), (7), 30108, 30109.

3. Executive Order 14215 violates FECA by commanding the Commissioners and the Commission's employees to treat Defendant Trump's and Defendant Bondi's "interpretations of law," including of FECA, as "authoritative" and "controlling on [the Commissioners and the Commission's employes] in the conduct of their official duties," and prohibits the Commissioners and the Commission's employees from "advanc[ing] any interpretation of the law as the position of the United States that contravenes the President or the Attorney General's opinion on a matter of law." Exec. Order No. 14215 § 7, 90 Fed. Reg. 10447, 10448 (Feb. 18, 2025).

4. The Executive Order grounds this directive in the President's Article II authority, but controlling precedent establishes that Congress may create expert commissions like the FEC that are insulated from direct Presidential control, and therefore confirms the constitutionality of the relevant provisions of FECA.

5. This Motion is supported by the accompanying brief and by the following declarations, filed herewith:

    a. Declaration of Liberty Schneider, Deputy Executive Director of DNC;
    b. Declaration of Lillie Snyder Boss, Chief Operating Officer of DSCC;
    c. Declaration of Eric Ruselowski, Chief Operating Officer of DCCC.

6. Pursuant to Local Rule 65.1(d), Plaintiffs aver that expedition is made essential by the irreparable and ongoing harm to Plaintiffs' operations detailed in the accompanying brief and supporting declarations.

7. No monetary security is required under Federal Rule of Civil Procedure 65(c) because Defendants will not suffer any harm as a result of a preliminary injunction here. *See Nat'l Council of Nonprofits v. Off. of Mgmt. & Budget*, --- F. Supp. 3d ----, No. CV 25-239 (LLA), 2025 WL 597959, at *19 (D.D.C. Feb. 25, 2025) ("Rule 65(c) has been read to vest broad discretion in the district court to determine the appropriate amount of an injunction bond, including the discretion to require no bond at all." (quoting *DSE, Inc. v. United States*, 169 F.3d 21, 33 (D.C. Cir. 1999), then *P.J.E.S. ex rel. Escobar Francisco v. Wolf*, 502 F. Supp. 3d 492, 520 (D.D.C. 2020))).

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and issue a preliminary injunction enjoining the application of Section 7 of Executive Order 14215 to the Federal Election Commission and its Commissioners.

Dated: March 11, 2025                                Respectfully submitted,
                                                     */s/ Marc E. Elias*

                                                     **ELIAS LAW GROUP LLP**
                                                     Marc E. Elias (DC 442007)
                                                     David R. Fox (DC 1015031)
                                                     Jacob D. Shelly (DC 90010127)
                                                     Robert Golan-Vilella (DC 1724616)
                                                     Omeed Alerasool (DC 90006578)
                                                     Julie Zuckerbrod (DC 1781133)
                                                     250 Massachusetts Ave. NW, Suite 400
                                                     Washington, DC 20001
                                                     T: (202) 968-4652

*Counsel for Plaintiffs Democratic National Committee, DSCC, and DCCC*

## CERTIFICATE OF SERVICE

      I hereby certify that this document will be served on Defendants in accordance with Federal Rule of Civil Procedure 5(a).

                                                */s/ Marc E. Elias*
                                                Marc E. Elias