AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| DNC et. al., | ) |
| :---: | :---: |
| *Plaintiff* | ) |
| v. | ) Case No. 25-587 |
| Trump, et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Federal Election Commission and indiv. Trainor, Broussard, Dickerson and Lindenbaum.

Date: 03/12/2025

/s/ Christopher H. Bell
*Attorney's signature*

Christopher H. Bell (D.C. Bar 1643526)
*Printed name and bar number*

Federal Election Commission
1050 First Street, NE
Washington, DC 20463
*Address*

chbell@fec.gov
*E-mail address*

(202) 694-1330
*Telephone number*

*FAX number*