IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRATIC NATIONAL COMMITTEE,
*et al.*,

                   Plaintiffs,

        v.

DONALD J. TRUMP, *et al.*,

                  Defendants.

Civil Action No. 25-cv-587-AHA

**JOINT MEET AND CONFER STATEMENT**

Pursuant to this Court's March 12, 2025 Minute Order, the parties have conferred and jointly state as follows:

    **I.**     **Statement Regarding Consolidation**

    **A. Plaintiffs' Position**

Plaintiffs request that the Court consolidate its decision on Plaintiffs' Motion for a Preliminary Injunction (ECF 12) with an order certifying the questions of constitutionality of FECA implicated by this case to the *en banc* D.C. Circuit under 52 U.S.C. § 30110, or, if the Court denies such certification, with a decision on Plaintiffs' request for final injunctive relief.

That is, in addition to (1) deciding Plaintiffs' Motion for a Preliminary Injunction, the Court should also (2) decide whether to certify to the *en banc* D.C. Circuit the question whether the Federal Election Commission's independent statutory authority to administer, interpret, and civilly enforce the Federal Election Campaign Act ("FECA"), 52 U.S.C. §§ 30106–07, is consistent with the President's executive power under Article II of the U.S. Constitution, and, (3) if and only if the Court denies such certification, decide whether to permanently enjoin Defendants from applying Section 7 of Executive Order 14215 to the Commission.

Considering these issues together at this stage will maximize judicial efficiency, including

by enabling the D.C. Circuit to potentially consolidate its *en banc* consideration of the certified question with its consideration of any appeal from the Court's preliminary injunction ruling.

**B. Defendants' Position**

Defendants do not believe that Plaintiffs' pending Motion for Preliminary Injunction (ECF 12) would benefit from either consolidation for a final determination on the merits or consolidation with issues related to the certification of a constitutional question to the Court of Appeals pursuant to 52 U.S.C. § 30110.

Regardless of whether the Court consolidates, Defendants intend to argue, among other things, that Plaintiffs lack standing, and that the Court therefore lacks subject matter jurisdiction to award relief to Plaintiffs in any form.

**II.    Proposed Schedule**

| Event | Deadline |
| --- | --- |
| Defendants file responsive pleadings in opposition to Plaintiffs' Motion for Preliminary Injunction | March 25, 2025 |
| Plaintiffs file reply in support of Plaintiffs' Motion for Preliminary Injunction | April 1, 2025 |
| Hearing on Plaintiffs' Motion for Preliminary Injunction | April 2-7, 2025 (at Court's discretion) |

Dated: March 13, 2025

Respectfully submitted,

/s/ David R. Fox

**ELIAS LAW GROUP LLP**
Marc E. Elias (DC 442007)
David R. Fox (DC 1015031)
Jacob D. Shelly (DC 90010127)
Robert Golan-Vilella (DC 1724616)
Omeed Alerasool (DC 90006578)
Julie Zuckerbrod (DC 1781133)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

*Counsel for Plaintiffs*

James D. McGinley (D.C. Bar No. 1017536)
Associate General Counsel
jmcginley@fec.gov

/s/ Christopher Bell

Christopher H. Bell (D.C. Bar No. 1643526)
Acting Assistant General Counsel
chbell@fec.gov
FEDERAL ELECTION COMMISSION
1050 First Street NE
Washington, DC 20463
Tel.: (202) 694-1650

*Counsel for Defendants Federal Election
Commission, James E. "Trey" Trainor III, Shana M.
Broussard, Allen Dickerson and Dara Lindenbaum
in their official capacities as Commissioners*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

/s/ Jeremy S.B. Newman

JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470

*Counsel for Defendants Donald J. Trump and
Pamela Bondi*