# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, <br><br> DSCC, <br><br> *and* <br><br> DCCC, <br><br>    Plaintiffs, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> PAMELA BONDI, in her official capacity as U.S. Attorney General, <br><br> FEDERAL ELECTION COMMISSION, <br><br> And <br><br> JAMES E. TRAINOR III, SHANA M. BROUSSARD, ALLEN DICKERSON, and DARA LINDENBAUM, in their official capacities as Commissioners of the Federal Election Commission, <br><br>    Defendants. | Civil Action No. 25-587 (AHA) |

## MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Donald J. Trump and Pamela Bondi respectfully file this Motion to Dismiss the Complaint. The Court should dismiss the entire Complaint for lack of subject-matter jurisdiction and should dismiss Count II of the Complaint for failure to state a claim. The grounds for this motion are fully explained in the accompanying memorandum of law.

1

Dated: March 14, 2025                    Respectfully Submitted,

                                         YAAKOV M. ROTH
                                         Acting Assistant Attorney General
                                         Civil Division

                                         CHRISTOPHER R. HALL
                                         Assistant Director, Federal Programs Branch

                                         */s/ Jeremy S.B. Newman*
                                         JEREMY S.B. NEWMAN
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, N.W.
                                         Washington, DC 20005
                                         Tel: (202) 532-3114
                                         Fax: (202) 616-8470
                                         Email: jeremy.s.newman@usdoj.gov

                                         *Attorneys for Defendants Donald J. Trump and Pamela Bondi*