# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) )   No. 25-cv-587 |
| v. | ) ) ) |
| DONALD J. TRUMP, *et al.*, | )   MOTION TO DISMISS ) |
| Defendants. | ) ) ) |

## FEDERAL ELECTION COMMISSION DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendant Federal Election Commission ("Commission" or "FEC") and the four Commissioners of the FEC, each named in their official capacities—James E. Trainor III, Shana M. Broussard, Allen Dickerson, and Dara Lindenbaum—respectfully file this Motion to Dismiss plaintiffs Democratic National Committee, DSCC, and DCCC's Complaint. The Court should dismiss the entire complaint for lack of subject-matter jurisdiction under Rule 12(b)(1). Moreover, the Court should dismiss both Count I and Count II of the Complaint for a failure to state a claim under Rule 12(b)(6). In support of this Motion, the Commission is filing the accompanying Memorandum of Points and Authorities. *See* LCvR7(a). The Commission is also filing a Proposed Order. *See id.* 7(d).

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel<br>lstevenson@fec.gov | */s/ Christopher H. Bell*<br>Christopher H. Bell (D.C. Bar No. 1643526)<br>Acting Assistant General Counsel<br>cbell@fec.gov |
| James D. McGinley (D.C. Bar No. 1017536)<br>Associate General Counsel<br>jmcginley@fec.gov | Sophia H. Golvach (D.C. Bar No. 1656365)<br>Attorney<br>sgolvach@fec.gov |
| March 21, 2025 | FEDERAL ELECTION COMMISSION<br>1050 First Street, NE<br>Washington, DC 20463<br>(202) 694-1650 |