## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-587-AHA |

### CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES
### OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

I, the undersigned counsel of record for proposed Amicus Curiae, the American Center for Law and Justice, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of the American Center for Law and Justice, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  March 25, 2025.

Respectfully submitted,

/s/ *Benjamin P. Sisney*
BENJAMIN P. SISNEY (D.C. Bar # 1044721)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C.  20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: bsisney@aclj.org
*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2025, I electronically filed a copy of the foregoing Rule 26.1 Corporate Disclosure Certificate using the ECF System which will send notification of that filing to all counsel of record in this litigation.

Dated: March 25, 2025

                                                /s/ *Benjamin P. Sisney*
                                                Benjamin P. Sisney
                                                *Counsel for Amicus Curiae*