IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-587-AHA |

**MOTION OF ELLEN L. WEINTRAUB FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF NEITHER PARTY**

Pursuant to LCvR7(o), Ellen L. Weintraub respectfully moves this Court for leave to file the accompanying brief as amicus curiae in support of neither party.

Amicus curiae Ellen L. Weintraub has served as a commissioner on the U.S. Federal Election Commission since 2002. In this role, Commissioner Weintraub has administered campaign finance and disclosure laws, participated in the issuance of hundreds of advisory opinions addressing how federal campaign finance law should be applied, testified before Congress nearly a dozen times, and voted on thousands of enforcement matters involving campaigns, political action committees, and candidates running for federal office.

Commissioner Weintraub seeks leave to file a brief as amicus curiae because this case implicates issues of fundamental concern to her work. As a government official, campaign finance expert, and concerned citizen, Commissioner Weintraub has had a longstanding and substantial interest in the fair interpretation and enforcement of federal election law and in ensuring that the FEC can carry out its mission. She seeks to participate in this case as amicus

curiae to explain how Executive Order 14215 erodes the FEC's independence and is part of an ongoing effort to bring the FEC under the direct control of the President, which would undermine trust in the democratic nature of free and fair elections. Specifically because of the threats to the FEC's independence that are the subject of this lawsuit, Commissioner Weintraub feels her perspective may be particularly valuable.

Amicus believes that her brief will assist the Court by providing a unique and valuable perspective on legal issues central to the case and by highlighting the potential consequences of legal theories advanced by the Defendants. Specifically, this brief (1) surveys the legislative history undergirding the creation of the FEC to show that Congress intended to create an agency free from undue presidential influence; (2) contextualizes EO 14215 within broader Presidential attacks on agency independence; and (3) highlights how effective election systems around the world depend on maintaining the independence of election administrators.

## CONCLUSION

For the foregoing reasons, movant respectfully requests that her motion for leave to file a brief as amicus curiae be granted, and that the Court order that the accompanying brief be filed in this case.

Dated this 26th day of March 2025.

| | |
|---|---|
| */s/* Andrea Forsee | */s/* Nicholas O. Stephanopoulos |
| Andrea Forsee | Nicholas O. Stephanopoulos* |
| Mehri & Skalet PLLC | Election Law Clinic, Harvard Law School |
| 2000 K Street NW, Suite 325 | 6 Everett Street, Suite 4105 |
| Washington, DC 20006 | Cambridge, MA 02138 |
| Telephone: (202) 822-5100 | (617) 496-2181 |
| aforsee@findjustice.com | nstephanopoulos@law.harvard.edu |
| | |
| *Counsel for Amicus Curiae* | *Counsel for Amicus Curiae* |
| | * pro hac vice pending |

**CERTIFICATE OF CONFERENCE**

On March 24, 2025, I conferred by email with Jeremy Newman, counsel for Defendants Donald J. Trump and Pamela Bondi, and he stated that they do not oppose the relief sought in this motion.

On March 24, 2025, I conferred by email with David Fox, counsel for Plaintiffs, and he stated that they do not oppose the relief sought in this motion.

On March 24, 2025, I conferred by email with Lisa Stevenson, James McGinley, Christopher Bell, and Sophia Golvach, counsel for the FEC, and received no response on whether they oppose the relief sought in this motion.

/s/ Nicholas O. Stephanopoulos<br>
Nicholas O. Stephanopoulos*