IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*,<br><br>           Plaintiffs,<br>   *v.*<br><br>DONALD J. TRUMP, *et al.*,<br><br>           Defendants. | Civil Action No. 1:25-cv-00587-AHA |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE
TO RESPOND TO MOTION TO INTERVENE**

     Plaintiffs Democratic National Committee, DSCC, and DCCC respectfully move for an extension of the deadline to respond to the motion to intervene filed by America First Legal Foundation and Texans for Ronny Jackson ("Proposed Intervenors"), ECF No. 36, until seven days after the Court rules on the pending Motion for a Preliminary Injunction, ECF No. 12, and the pending Motions to Dismiss, ECF Nos. 17, 26. In support of this motion, Plaintiffs state as follows:

     1.     On March 27, 2025, Proposed Intervenors filed a motion to intervene as defendants. ECF No. 36.

     2.     The parties' oppositions to that motion are currently due on April 10, 2025, fourteen days after Proposed Intervenors filed it. *See* LCvR 7(b).

     3.     On April 9, 2025, the Court will hear Plaintiffs' motion for preliminary injunction, ECF No. 12, and Defendants' motions to dismiss, ECF Nos. 17, 26. *See* Minute Order (Apr. 4, 2025).

     4.     The Court has said it will not rule on the motion to intervene until "after the Court's resolution of the pending motion for a preliminary injunction and motions to dismiss." *Id.*

5. The resolution of the pending motion for a preliminary injunction and motions to dismiss may affect the parties' arguments regarding the motion to intervene. Plaintiffs therefore request that all parties' deadlines to respond to the motion to intervene be extended until seven days after the Court resolves the motion for a preliminary injunction and the motions to dismiss.

6. Pursuant to Local Civil Rule 7(m), Plaintiffs have discussed this Motion in good faith with counsel for Defendants and counsel for Proposed Intervenors, over email, to determine whether there is any opposition. Defendants and Proposed Intervenors indicated that they do not oppose this motion.

7. A proposed order is attached to this Motion. *See* LCvR 7(c).

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this Motion and set the deadline for the parties to respond to Proposed Intervenors' motion to intervene to seven days after the Court has resolved the pending motion for preliminary injunction and motions to dismiss.

Dated: April 7, 2025

Respectfully submitted,
*/s/ David R. Fox*

**ELIAS LAW GROUP LLP**
Marc E. Elias (DC 442007)
David R. Fox (DC 1015031)
Jacob D. Shelly (DC 90010127)
Robert Golan-Vilella (DC 1724616)
Omeed Alerasool (DC 90006578)
Julie Zuckerbrod (DC 1781133)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

*Counsel for Plaintiffs Democratic National Committee, DSCC, and DCCC*