UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRATIC NATIONAL COMMITTEE, *et al.*,

        *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Civil Action No. 25-00587 (AHA)

## Order

For the reasons stated in the accompanying memorandum opinion, Defendants' motions to dismiss, ECF Nos. 17 and 26, are granted, and Plaintiffs' motion for preliminary injunction, ECF No. 12, is denied as moot. The Clerk of Court is directed to close the case.

                                              AMIR H. ALI
                                              United States District Judge

Date:   June 3, 2025