UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, <br><br> DSCC, <br><br> *and* <br><br> DCCC, <br><br>            Plaintiffs, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> PAMELA BONDI, in her official capacity as U.S. Attorney General, <br><br> FEDERAL ELECTION COMMISSION, <br><br> And <br><br> JAMES E. TRAINOR III, SHANA M. BROUSSARD, ALLEN DICKERSON, and DARA LINDENBAUM, in their official capacities as Commissioners of the Federal Election Commission, <br><br>            Defendants. | Civil Action No. 25-587 (AHA) <br><br> NOTICE OF WITHDRAWL |

**DEFENDANT FEDERAL ELECTION COMMISSION'S
NOTICE OF WITHDRAWAL OF
CHRISTOPHER H. BELL AS COUNSEL**

Pursuant to Local Civil Rule 83.6(b), please take notice of the withdrawal of Christopher H. Bell as counsel for defendant Federal Election Commission ("FEC") in this case due to his upcoming departure from the FEC. Other attorneys for the FEC have entered appearances in this action and will continue to represent the FEC, as authorized.

Respectfully Submitted,

Lisa J. Stevenson  
Acting General Counsel  
lstevenson@fec.gov

Michael D. Contino (D.C. Bar No. 1782269)  
Sophia H. Golvach (D.C. Bar No. 1656365)  
mcontino@fec.gov  
sgolvach@fec.gov

James D. McGinley (D.C. Bar No. 1017536)  
Associate General Counsel  
jmcginley@fec.gov

*/s/ Christopher H. Bell*  
Christopher H. Bell (D.C. Bar No. 1643526)  
Acting Assistant General Counsel  
chbell@fec.gov

Shaina Ward (D.C. Bar No. 1002801)  
Acting Assistant General Counsel  
sward@fec.gov

COUNSEL FOR DEFENDANT  
FEDERAL ELECTION COMMISSION  
1050 First Street, NE  
Washington, DC 20463  
(202) 694-1650

Dated:  July 9, 2025